**KROUT & SCHNEIDER, INC., Appellant,**

v.

**PSYCHOLOGICAL CONSULTANTS TO MANAGEMENT, Appellee.**

No. 00–1591.

United States Court of Appeals, Federal Circuit.

March 16, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).